UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

ANTHONY LAVELLE EDWARDS,                 Civil No. 20-1144 (JRT/DTS)

           Plaintiff,

v.

                                                **ORDER**

PAUL SCHNELL, et al,

           Defendants.

---

Anthony Lavelle Edwards, OID # 197332, MCF-Rush City, 7600 525th Street, Rush City, MN 55069, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated August 4, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

    **IT IS HEREBY ORDERED**:

    1.    This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    2.    Plaintiff Anthony Lavelle Edwards's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 3, is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2020
      at Minneapolis, Minnesota

                                                s/John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                Chief Judge
                                                United States District Court